In re Gary, John, Jr. a/k/a; Jenkins, Lionel; — Plaintiffs); applying for supervisory and/or remedial writ; Parish of Orleans, Criminal District Court, Div. “C”, No. 241-091.
Writ granted; case remanded to the district court. The district court is ordered to consider the merits of relator’s timely filed application. Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379,101 L.Ed.2d 245 (1988); State ex rel. Johnson v. Whitley, 92-2689 (La. 1/5/95), 648 So.2d 909; Tatum v. Lynn, 93-1559 (La.App. 1st Cir.1994), 637 So.2d 796.
MARCUS, J., not on panel.